

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00407-CV

**RUSSELL EQUESTRIAN CENTER, INC.**, John William Russell, Individually and d/b/a
Russell Equestrian Center, and Shane Brashar Russell,
Appellants

v.

Samantha **MILLER** a/k/a Samantha Parker,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 358456
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment as to negligence is AFFIRMED. We REVERSE the gross negligence portion of the trial court's judgment and RENDER judgment that Miller take nothing on her gross negligence claim. We AFFIRM the remainder of the judgment. We tax costs of this appeal against the party that incurred them.

SIGNED June 5, 2013.

_____
Patricia O. Alvarez, Justice